UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CR-00150-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DARNELL GIVENS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a letter from defendant requesting early termination of supervised release. The letter does not name defendant's supervising officer or reflect that such supervising officer is sponsoring such request.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant requests relief in his letter (#41), such relief is denied without prejudice as to filing a <u>motion</u> that names defendant's supervising officer, shows evidence of compliance, and reflects consultation with such officer.

Signed: October 22, 2018

Max O. Cogburn Jr
United States District Judge

1