UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CR-00150-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DARNELL GIVENS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's third pro se Motion for Early Termination of Supervision. (#45) As with defendant's first two motions, the motion again fails to reflect whether his supervising officer concurs in the request. The Court will deny the current request for the reasons explained in the Court's prior orders denying defendant's prior requests. See (#42, 44). The Court informs defendant, again, that the Court will give close consideration to any future request if that request is accompanied by favorable recommendations from defendant's supervising officer(s). Having considered defendant's pro se motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's third pro se second Motion for Early Termination of Supervision (#45) is **DENIED** without prejudice.

Signed: May 14, 2019

Max O. Cogburn Jr
United States District Judge

1